# UNITED STATES DISTRICT COURT
for the

Middle District of North Carolina ▼

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Marian Hudak<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 1:23MJ262-1 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Marian Hudak ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 245(b)(2)(B) (Interference with Federally Protected Activities)

42 U.S.C. 3631(a) (Criminal Interference with Right to Fair Housing)

Date: 6/20/2023  3:28 pm

*Issuing officer's signature*

City and state: Durham, North Carolina

Joe L. Webster, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*