IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:23CR 231 |
| | : | |
| MARIAN HUDAK | : | |

FILED JUN 2 6 2023 IN THIS OFFICE Clerk U. S. District Court Greensboro, N.C.

The Grand Jury charges:

Background

At all times relevant hereto:

A.  MARIAN HUDAK was a resident of Concord, North Carolina, within the Middle District of North Carolina.

B.  Concord Parkway South (U.S. 29) and Warren Coleman Boulevard (U.S. 601) were public roads in Cabarrus County, North Carolina, and they were administered by the State of North Carolina and its subdivision.

C.  On or about October 13, 2022, J.S., a black male, was driving a motor vehicle on Concord Parkway South (U.S. 29) and Warren Coleman Boulevard (U.S. 601).

COUNT ONE

1.  The factual allegations contained in Paragraphs A through C of the Indictment are re-alleged and fully incorporated by reference herein.

2.     On or about October 13, 2022, in the County of Cabarrus, in the Middle District of North Carolina, the defendant, MARIAN HUDAK, did by force and threat of force, willfully intimidate and interfere with, J.S., and attempt to intimidate and interfere with J.S., because of J.S.'s race and color, and because J.S. was enjoying a facility provided and administered by a State and its subdivision, that is, Concord Parkway South and Warren Coleman Boulevard. The offense included the use, attempted use, and threatened use of a dangerous weapon, that is, a firearm.

All in violation of Title 18, United States Code, Section 245(b)(2).

## COUNT TWO

3.     On or about November 27, 2021, in the County of Cabarrus, in the Middle District of North Carolina, the defendant, MARIAN HUDAK, did by force and the threat of force, willfully injure, intimidate and interfere with J.D., and attempt to injure, intimidate and interfere with J.D., because of J.D.'s race and national origin, and because J.D. was occupying a dwelling. The offense resulted in bodily injury to J.D.

All in violation of Title 42, United States Code, Section 3631(a).

DATED: June 26, 2023

SANDRA J. HAIRSTON
United States Attorney

*Joanna McFadden by AEW*
BY: JOANNA G. MCFADDEN
Assistant United States Attorney

*Ashley E. Waid*
BY: ASHLEY E. WAID
Assistant United States Attorney


KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division
U.S. Department of Justice

*[signature]*
BY: DANIEL GRUNERT
Trial Attorney
Civil Rights Division
U.S. Department of Justice


A TRUE BILL:

_____
FOREPERSON