# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

United States of America
    v.
MARIAN HUDAK

Case Number: 1:23cr231-1

# NOTICE

Take notice that a proceeding in this case has been **set** as indicated below:

| | |
|---|---|
| **PLACE:** | US District Court<br>Hiram H. Ward Federal Building<br>251 N. Main Street<br>Winston-Salem, NC 27101 |
| **COURTROOM NO.:** | Courtroom 3 |
| **DATE:** | **This case will be called during the July Criminal Term of Court.** |
| **PROCEEDING:** | Arraignment |

John S. Brubaker, Clerk

By: /s/ Alexis Bowers, Deputy Clerk

Date: 06/27/2023

**THE ATTORNEY IS RESPONSIBLE FOR NOTIFYING
THE DEFENDANT OF THE ABOVE PROCEEDINGS**