IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 1:23-CR-231-1 |
| | ) |
| MARIAN HUDAK | ) |

## VERDICT

1. We, the jury in the above-styled case, do find the Defendant, Marian Hudak,

_____GUILTY_____
(Guilty or Not Guilty)

of the crime charged in Count One of the Indictment.

If, and only if, you find the Defendant guilty of the offense charged in Count One, then you must also answer the following special interrogatory:

Did the offense charged in Count One involve the use, or threatened use, of a dangerous weapon, that is, a firearm?

_____NO_____
(Yes or No)

2. We, the jury in the above-styled case, do find the Defendant, Marian Hudak,

<u>*GUILTY*</u>
(Guilty or Not Guilty)

of the crime charged in Count Two of the Indictment.

If, and only if, you find the Defendant guilty of the offense charged in Count Two, then you must also answer the following special interrogatory:

Did the offense charged in Count Two result in bodily injury to J.D.?

<u>*Yes*</u>
(Yes or No)

This the 11TH day of January, 2024.

<u>*[signature]*</u>
Foreperson