# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

USA

        Plaintiff

v.

    **EXHIBIT AND WITNESS LIST**

MARIAN HUDAK

        Defendant

    Case No. 1:23CR231-1

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| William L. Osteen, Jr. | JoAnna McFadden, Ashley Waid, Daniel Grunert | Gene Lester |
| **Date of Hearing** | **Court Reporter** | **Courtroom Deputy** |
| 5/1/2024 | Joseph Armstrong | Joy Daniel |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | X | 5/1/2024 |  |  | Dr. Dawn Graney, Forensic Psychologist |
|  | 2 | 5/1/2024 | Yes | No | Curriculum Vitae of Dr. Graney |
|  | 1 | 5/1/2024 | Yes | No | Dr. Graney's 3/22/2024 Psychological Evaluation |

Page 1